[No. 73190-4-I. Division One. March 7, 2016.]

CHARLES V. MCCLAIN III, *Appellant*, v. 1ST SECURITY BANK OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-10798-1, Bruce I. Weiss, J., entered January 27, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Cox, J.

[No. 73222-6-I. Division One. March 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK DANIEL SCHILLING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00108-1, George N. Bowden, J., entered March 11, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 73242-1-I. Division One. March 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ADEM GERZIC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01382-1, Palmer Robinson, J., entered February 20, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Leach, JJ.

[No. 73295-1-I. Division One. March 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA MARIE REED, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-01427-3, Raquel Montoya-Lewis, J., entered March 18, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Lau, J.